UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No. 09-cr-110-01-SM

Saeed Bajuun

O R D E R

Defendant's assented-to motion to continue the trial for 90 days (document no. 13) is granted. Trial has been rescheduled for the November 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than July 2, 2009. On the filing of such waiver, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:        October 13, 2009 at 2:00 PM

    Jury Selection:        November 3, 2009 at 9:30 AM

    SO ORDERED.

June 18, 2009                       _____
                                 Steven J. McAuliffe
                                 Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal