UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                        Case No. 09-cr-110-01-SM

Saeed Bajuun


O R D E R


       Defendant's assented-to motion to continue the trial for 60 days (document no. 16) is granted. Trial has been rescheduled for the January 2010 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than October 23, 2009. On the filing of such waiver, the continuance shall be effective.

       The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:     January 13, 2010 at 3:30 PM

Jury Selection:     January 20, 2010 at 9:30 AM

SO ORDERED.

October 15, 2009

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal