UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No. 09-cr-110-01-SM

Saeed Bajuun

O R D E R

      Defendant's assented-to motion to continue the trial for 60 days (document no. 20) is granted. Trial has been rescheduled for the March 2010 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than January 21, 2010. On the filing of such waiver, the continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

| | |
|---|---|
| Change of Plea | February 12, 2010 at 10:30 AM |
| or | |
| Final Pretrial Conference: | March 2, 2010 at 3:30 PM |
| Jury Selection: | March 16, 2010 at 9:30 AM |

SO ORDERED.

January 13, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal